UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-81553-CIV-ALTONAGA/McAliley

**LUKNER BLANC**,

    Movant,

v.

**UNITED STATES OF AMERICA**,

    Respondent.

_____/

## FINAL JUDGMENT

Pursuant to the Orders [ECF Nos. 22, 49] denying Movant, Lukner Blanc's Motion to Vacate, Set Aside, or Correct a Sentence Pursuant to 28 U.S.C. [Section] 2255 [ECF No. 1], it is

**ORDERED AND ADJUDGED** that final judgment is entered in favor of Respondent, United States of America, and against Movant, Lukner Blanc.

**DONE AND ORDERED** in Miami, Florida, this 19th day of June, 2020.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record;
       Magistrate Judge Chris McAliley